IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

QUINN MCNEAL, PETITIONER

V. NO. 4:08CV064-P-B

STATE OF MISSISSIPPI, et al., RESPONDENTS

## MEMORANDUM OPINION

This habeas corpus petitioner was filed *pro se* on May 13, 2008, pursuant to 28 U.S.C. § 2254. The court has attempted further communication with Petitioner by means of mail sent to the last known address. The mail has been returned as undeliverable. Since Petitioner has failed to keep the court advised of his address, communication of the court's orders is impossible. Petitioner's failure to keep the court advised of a current address is also indicative of a lack of interest in pursuing this claim and constitutes a failure to prosecute within the meaning of Rule 41(b), Federal Rules of Civil Procedure. Therefore, the case must be dismissed for failure to prosecute. A final judgment in accordance with this opinion will be entered.

THIS the 7th day of July, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE